643 F.2d 389
 Wayne BURNSIDE, Plaintiff-Appellant,
v.
SANDERS ASSOCIATES, INC., Harris Corporation and Harris Data
Communications, Inc., Defendants-Appellees.
 No. 80-1161.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit A
 March 27, 1981.
 Berman, Fichtner & Mitchell, Harold B. Berman, Douglas E. Yeager, Dallas, Tex., for plaintiff-appellant.
 Thompson, Knight, Simmons & Bullion, John A. Mackintosh, Jr., Dallas, Tex., for Sanders Assoc.
 Jackson, Walker, Winstead, Cantwell & Miller, Jack Pew, Jr., Dallas, Tex., for Harris Corp. and Harris Data.
 Appeal from the United States District Court for the Northern District of Texas; Robert M. Hill, Judge.
 Before RUBIN and GARZA, Circuit Judges, and SUTTLE*, District Judge.
 PER CURIAM:
 
 
 1
 We affirm the judgment appealed from for the reasons set forth in the district court's opinion, published at 507 F.Supp. 165 (N.D.Tex.1980).
 
 
 2
 AFFIRMED.
 
 
 
 *
 District Judge of Western District of Texas, sitting by designation